RECEIVED
IN LAKE CHARLES, LA

JUL 22 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MOUSTAPHA SACKO** | : | **DOCKET NO. 2:05-cv-264**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALEZ**[1] | : | **MAGISTRATE JUDGE WILSON** |

## ORDER SETTING EVIDENTIARY HEARING AND APPOINTING ATTORNEY

It has been determined that an evidentiary hearing is necessary for the adjudication of this *habeas corpus* petition filed by **MOUSTAPHA SACKO** pursuant to 28 U.S.C. §2241. In accordance with a standing order of this court, this matter has been referred to Magistrate Judge Alonzo Wilson to hold the required evidentiary hearing and make a report and recommendation.

The evidentiary hearing which is scheduled for **Wednesday September 7, 2005** will be a complete hearing of all witnesses and evidence to be presented by all parties on the following issues:

**Whether there is a significant likelihood of removing Petitioner in the reasonably foreseeable future, whether the petitioner has been detained beyond what is reasonably necessary to secure his removal, and whether petitioner has taken steps to hamper the removal efforts of the United States Immigration & Customs Enforcement.**

IT IS ORDERED that an evidentiary hearing will be held in this action before Magistrate

---

[1] Pursuant to Fed. R.Civ.P. Rule 25(d), the court has substituted Alberto Gonzalez for John Ashcroft as the named respondent.

Judge Wilson in Courtroom 3 of the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Lake Charles, Louisiana, on **Wednesday September 7, 2005** at 10:00 a.m.

IT IS FURTHER ORDERED that no later than August 31, 2005 each party shall file a pretrial statement with the Clerk of Court in Shreveport, Louisiana, and send copies to each other, and to Magistrate Judge Wilson[2]. The pretrial statement shall identify the issues of fact and law, the witnesses to be called at the hearing, and the exhibits to be introduced into evidence. Each exhibit listed in the memorandum shall be described sufficiently so that it can be identified as the listed item at the time of the hearing. Copies of all exhibits that are capable of being reproduced by Xerox or similar copying machine shall be provided by each party to his opponent no later than August 24, 2005. If the authenticity of any such exhibit is disputed, a list of the disputed exhibits, and the reason for the dispute, shall be stated as a part of the pretrial memorandum that is due on August 31, 2005.

No exhibit or witness (except those used for impeachment purposes) shall be used at the hearing over objection unless listed in the pretrial memorandums, except for good cause shown. A party may call a witness listed by another party, but a party cannot rely on another party to have a particular witness at the hearing. Rule 45 of the Federal Rules of Civil Procedure must be followed with regard to the subpoenaing of witnesses or documentary evidence to the hearing.

**IT IS FURTHER ORDERED that the Federal Public Defender for the Western District of Louisiana is appointed to represent the petitioner, MOUSTAPHA SACKO,** at the said hearing pursuant to Rule 8(c) of the Federal Habeas Corpus Rules and 18 U.S.C. §3006A and the *pauper*'s affidavit previously filed by petitioner herein.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to Warden J. P. Young at the Federal Detention Center in Oakdale, Louisiana,

---

[2] Addressed to 611 Broad Street, Suite 209, Lake Charles, Louisiana 70601.

requiring that the petitioner, **MOUSTAPHA SACKO**, be delivered and produced at the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana on Wednesday September 7, 2005 prior to the 10:00 a.m. evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to Petitioner, all counsel of record, Warden J. P. Young, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to arrange for the transportation of the petitioner to this court as soon as practicable, to produce him before the undersigned on Wednesday September 7, 2005 at 10:00 a.m., and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd Day of July, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

COPY SENT
DATE 7-25-05
BY JSB
TO Sacko
Warden, J. P. Young } /cc - writ & order
USM - LC
Blackwell, USA - Laf