RECEIVED
IN LAKE CHARLES, LA

SEP 1 6 2005
ₚ Aₘ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MOUSTAPHA SACKO** | : | **DOCKET NO. 2:05-cv-264**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOHN ASHCROFT, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

The undersigned's office was contacted by counsel for the respondent who requested a continuance of the evidentiary hearing set for September 20, 2005 in the above-captioned matter due to the fact that petitioner is currently in San Antonio, Texas in order to be interviewed by the Liberian embassy. The request to continue the hearing is not opposed by petitioner's attorney.

Accordingly,

**IT IS ORDERED** that the evidentiary hearing in this matter set for September 20, 2005 be UPSET and RESET for October 4, 2005 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to the warden of the facility where petitioner is detained, requiring that the petitioner, **MOUSTAPHA SACKO** be delivered and produced at the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana on Tuesday October 4, 2005 prior to the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to all counsel of record, the warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western

District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to arrange for the transportation of the petitioner to this court as soon as practicable, to produce him before the undersigned on **Tuesday, October 4, 2005 at 10:00 a.m.,** and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16th Day of September, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

COPY SENT
DATE 9/16/05
BY PAM
TO USM orig ddcc writ
3cc Order
Warden - Icc
Whittington - Icc
Washington - Icc
Hudsmith
Vincent

TB