
RECEIVED
IN LAKE CHARLES, LA
JAN -3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MOUSTAPHA SACKO** | : | **DOCKET NO. 05 CV 0264** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOHN ASHCROFT, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

Having considered the Government's objections to the Report and Recommendation ("R&R") prepared by the Magistrate Judge [doc. 32], after an independent review of the record and a *de novo* determination of the issues,

IT IS ORDERED that the writ of *habeas corpus* IS DENIED.

IT IS FURTHER ORDERED that the Government will be allowed six months from the date of this ruling to obtain a travel document from the Republic of Burundi.

Lake Charles, Louisiana, this 30 day of December, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE